```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
  CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0137--CR (RRB)
                    "USA V PHOKHAM KHAMNIVONG"
                   DEF 1.1 KHAMNIVONG, PHOKHAM

In public format, including terminated defendants, excluding terminated counsel
```

```
    Presiding Judge: The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
              Filed: 12/08/04
             Closed: 04/04/05
 No. of Defendants: 1
    MJ Case Number:
                AKA:
    Location status: U.S. Custody
         Trial date:
         Terminated: YES
  Needs interpreter: NO
  Counsel of record: Sue Ellen Tatter
                     Federal Public Defender
                     550 W. 7th Avenue, Suite 1600
                     Anchorage, AK 99501
                     907-646-3400
                     FAX 907-646-3480
                     Serve: YES
                      Type: FPD
                      Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Audrey J. Renschen
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 KHAMNIVONG, PHOKHAM

Document         Count    Citation and Description                      Disposition

 1 -    1 INF      1      8:1253(b) FAILURE TO COMPLY WITH TERMS OF RELEASE   Sentenced
                          UNDER SUPERVISION (M)                               (27-1)
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A04-0137--CR (RRB)
                             "USA V PHOKHAM KHAMNIVONG"

              In public format, for filing dates on or before 02/14/06
```

```
  Presiding Judge: The Honorable Ralph R. Beistline, U.S. District Judge
 Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
            Filed: 12/08/04
           Closed: 04/04/05
No. of Defendants: 1


Document #    Filed       Docket text

     1 -   1  12/08/04    [Re: DEF 1] PLF 1 Information.

     2 -   1  12/08/04    [Re: DEF 1] PLF 1 motion for arrest warrant w/att declaration.

     3 -   1  12/08/04    [Re: DEF 1] PLF 1 motion for petition for writ of habeas corpus ad
                          prosequendum.

  NOTE -   1  12/10/04    Issued: Writ of Habeas Corpus ad prosequendum.

  NOTE -   2  12/10/04    [Re: DEF 1] Issued WOA.

     4 -   1  12/10/04    [Re: DEF 1] AHB Order granting motion for arrest warrant (2-1).

     5 -   1  12/10/04    [Re: DEF 1] AHB Order granting motion for petition for writ of habeas
                          corpus ad prosequendum (3-1).  AUSA, USM, Def w/USM cy

     6 -   1  12/10/04    [Re: DEF 1] AHB Minute Order Arraignment is set for 12/15/04 at 2:00
                          p.m. in Courtroom #5.  cc: AUSA, USM, USPO, Def w/USM cy

     7 -   1  12/16/04    [Re: DEF 1] AHB Court Minutes [ECR: Robin Carter] re: arr on Info held
                          12/15/04; FPD accepted appt; pled not guilty to ct 1 of Info; consent
                          due 12/21/04 or case transferred to USDJ; ptms due 12/29/04. cc: USA,
                          FPD, USM, USPO

     8 -   1  12/16/04    DEF 1 Financial Affidavit.

     9 -   1  12/16/04    [Re: DEF 1] AHB Order of Detention Pending Trial. cc: USA, FPD, USM,
                          USPO

    10 -   1  12/16/04    [Re: DEF 1] AHB Order regarding preparation for trial; cnsl to meet &
                          confer by 12/15/04; ptms due 12/29/04. cc: USA, FPD

    11 -   1  12/16/04    [Re: DEF 1] Return of WOA executed 12/15/04.

    11 -   2  12/16/04    [Re: DEF 1] Statistical USM Notice of Arrest; defendant arrested
                          12/15/04.

    12 -   1  12/21/04    [Re: DEF 1] PLF 1 Discovery conference certificate.

  NOTE -   3  12/22/04    Notation: Notice of Speedy Trial Act deadlines to USDJ.

    13 -   1  12/22/04    DEF 1 motion on shortened time for bail review hearing.

    14 -   1  12/22/04    [Re: DEF 1] AHB Minute Order granting motion on shortened time for bail
                          review hearing (13-1); bail rvw hrg set 3:00 p.m., 12/27/04 before MJ
                          Roberts.  cc: USA, FPD, USM, PO, MJ Roberts

    15 -   1  12/22/04    [Re: DEF 1] AHB Minute Order that no consent has been filed; case
                          assigned to Judge Beistline for tria; use A04-137 CR (RRB) on future
                          filings.  cc: USA, FPD, USM, PO, Judge Beistline

ACMS: R_RDSDI              As of 02/14/06 at 2:18 PM by PATTY                        Page 1
```

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CRIMINAL DOCKET ENTRIES FOR CASE A04-0137--CR (RRB)
                           "USA V PHOKHAM KHAMNIVONG"

            In public format, for filing dates on or before 02/14/06
```

| Document # | Filed | Docket text |
|---|---|---|
| 16 - 1 | 12/23/04 | [Re: DEF 1] RRB Minute Order setting TBJ on 2/7/05 @ 8:30 a.m. & FPTC on 1/28/05 @ 8:30 a.m.. cc: USA, FPD, USM, USPO, MJ Branson, JC |
| 17 - 1 | 12/28/04 | [Re: DEF 1] JDR Court Minutes [ECR: Linda Christensen] re: bail review hrg (held 12/27/04); req for rls UNDER ADVISEMENT; PO to provide court w/suppl report; wit/exh list att.  cc: USA, FPD, USM, PO |
| 18 - 1 | 12/30/04 | [Re: DEF 1] JDR Order re mot for bail review; the request for bail release is denied. cc: USA, FPD |
| 19 - 1 | 01/06/05 | DEF 1 Notice of Intent to change plea. |
| 20 - 1 | 01/07/05 | [Re: DEF 1] RRB Minute Order COP is set for 1/11/05 at 11:00 a.m. in Courtroom #3. cc: AUSA, FPD, USM, USPO |
| 21 - 1 | 01/11/05 | [Re: DEF 1] RRB Court Minutes [ECR: Denali Elmore] COP hrg held 1/11/05. Def changed plea to guilty on ct 1 of the Information.  Court accepted plea. Def referred to USPO for presentence rpt.  IOS set for 3/23/05 at 1:15 p.m. Def detention continued.  TBJ & FPTC vacated.  cc: AUSA, FPD, USM, USPO, MJ Branson |
| 22 - 1 | 03/16/05 | [Re: DEF 1] PLF 1 Unopposed motion to continue sentencing for one week to submit corrected presentence report. |
| 23 - 1 | 03/17/05 | [Re: DEF 1] RRB Order granting motion Unopposed motion to continue sentencing for one week to submit correct presentence report (22-1). IOS previously set 3/23/05 is vacated and reset for 3/31/05 at 9:30 a.m. cc: AUSA, FPD, USM, USPO |
| 24 - 1 | 03/18/05 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 24 - 2 | 03/18/05 | [Re: DEF 1] PLF 1 motion for one point decrease for timely acceptance of responsibility. |
| 25 - 1 | 03/24/05 | DEF 1 Sentencing Memorandum. |
| 26 - 1 | 03/31/05 | [Re: DEF 1] RRB Court Minutes [ECR: Elisa Singleton] re IOS (held 3/31/05); sentence imposed as stated in the judgment.  cc: USA, FPD, USM, USPO |
| 27 - 1 | 04/04/05 | [Re: DEF 1] RRB Judgment pleaded guilty to ct 1 of Info (1-1); sentenced to 10 mos impr; def remanded to USM; 12 mos SR; $25.00 SA. cc: USA, FPD, Def w/cnsls cy, USM, USPO, MJ Branson, Finance, FLU |
| 28 - 1 | 10/19/05 | [Re: DEF 1] Return of WOA executed on 12/15/04. |
| 29 - 1 | 10/19/05 | USM Return of svc on writ of HC Ad Pros re: DEF 1 on 12/15/04-12/17/04. |
| 30 - 1 | 10/19/05 | USM Return of svc on judgment re: DEF 1 served  Fondral sowtonce @ACC-cast release 10/18/05, timed served to INS/ICE on their detainer. |
| 28 - 2 | 10/20/05 | [Re: DEF 1] USM Statistical Notice of Arrest; defendant arrested 12/15/04. |
| 31 - 1 | 12/23/05 | [Re: DEF 1] RRB Order approving modificaiton of conditions of supervised release.   cc: USPO |