PROB 12B
(7/93)

# United States District Court
## for the
## District of Alaska

RECEIVED
FEB 0 1 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**Request for Modification of Conditions or Term of Supervised Release
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Phokham Khamnivong                Case Number: A04-0137-CR (RRB)

Sentencing Judicial Officer:   Ralph R. Beistline, U.S. District Court Judge

Date of Original Sentence:     March 31, 2005

Original Offense:              Willful Failure to Comply with Terms of Release Under Supervision in violation of 8 U.S.C. 1253(b)

Original Sentence:             10 months imprisonment, 1 year supervised release

Date Supervision Commenced: November 10, 2005

### PETITIONING THE COURT

[ ]   To extend the term of supervised release for _____ years, for a total term of _____ years.
[X]   To modify the conditions of supervised release as follows:

The defendant shall reside at a community corrections center for a period of 120 days. While at the community correctional center the defendant shall comply with the rules of the center, and may be released to participate in substance abuse treatment programs as directed by the probation officer and/or work release program as administered by the center.

### CAUSE

On November 10, 2005, the defendant's term of supervised release commenced.

On December 17, 2005, the defendant was contacted by the Kodiak Police Department and was found to be associating with a convicted felon, associating with people using controlled substances (marijuana) and minors consuming alcohol, being in a residence where a firearm was present and consuming alcohol to excess.

The defendant was arrested for violating conditions of his state felony probation.

On December 22, 2005, the defendant appeared in state court and admitted to violating conditions of probation by consuming alcohol to excess. His term of probation was revoked and he was ordered to serve 21 months in state custody with no supervision to follow.

*Request for Modification of Conditions or Term*
*Name of Offender* : Phokham Khamnivong
*Case Number* : A04-0137-CR (RRB)

On December 28, 2005, the defendant admitted to the U.S. Probation Officer that he had consumed alcohol to excess and associated with persons using controlled substances. The defendant has agreed to the modification listed above as a consequence for his actions.

The defendant would serve the 120 days after he is released from state custody. The defendant's term of supervised release will be tolled while he is in state custody.

Respectfully submitted,

*Charlene Wortman*
Charlene Wortman
U.S. Probation/Pretrial Services Officer
Date: January 27, 2006

Approved by:

*Eric D. Odegard*
Eric D. Odegard
Supervising U.S. Probation Officer

---

**THE COURT ORDERS:**

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[✓]  The Modification of Conditions as Noted Above
[ ]  Other: _____

_____
Ralph R. Beistline
U.S. District Court Judge
Date: 1/30/06

-2-

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
# for the
# DISTRICT OF ALASKA

U.S.A. v Phokham Khamnivong             Docket No. A04-0137-CR (RRB)

I, Phokham Khamnivong, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release or to the proposed extension of my term of supervision:

The defendant shall reside at a community corrections center for a period of 120 days. While at the community correctional center the defendant shall comply with the rules of the center, and may be released to participate in substance abuse treatment programs as directed by the probation officer and/or a work release program as administered by the center.

Signed: _____    Date: 1-10-06
Phokham Khamnivong
Probationer or Supervised Releasee

Witness: _____   Date: 1-10-06
Charlene Wortman
U.S. Probation/Pretrial Services Officer