NELSON P. COHEN
United States Attorney

AUDREY J. RENSCHEN
Assistant U. S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Rm. C-253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: 907-271-1500
email: audrey.renschen@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:04-CR-137-RRB-JDR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **STATUS REPORT** |
| | ) | |
| PHOKHAN KHAMNIVONG, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States of Attorney's Office, by and through

counsel, pursuant to the court's order, and hereby reports that this action is not

resolved and the above-named defendant remains a fugitive. Accordingly, the warrant of arrest should remain outstanding..

 RESPECTFULLY SUBMITTED this 12th day of September, 2008 at Anchorage, Alaska.

               NELSON P. COHEN
               United States Attorney

               s/ Audrey J. Renschen
               Assistant U.S. Attorney
               222 West 7th Ave., #9, Rm. 253
               Anchorage, AK 99513-7567
               Phone: (907) 271-5071
               Fax: (907) 271-1500
               E-mail: audrey.reschen@usdoj.gov